UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTHONY BUTLER,

                                Plaintiff

v.

NEVADA DEPARTMENT OF
CORRECTIONS,

                                Defendants.

Case No. 3:18-cv-00518-MMD-CLB

ORDER

On October 29, 2019, the Court issued a screening order dismissing Plaintiff's claims without prejudice and with leave to amend. Rather than filing an amended complaint, Plaintiff filed a motion to voluntarily dismiss this case (ECF No. 8) pursuant to Federal Rule of Civil Procedure 41(a)(1). That rule allows a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because this case is still in the prescreening stage and Defendant has not been served. As such, the Court dismisses this action without prejudice.

It is therefore ordered that the motion for voluntary dismissal (ECF No. 3) is granted.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* is denied as moot.

It is further ordered that this action is dismissed in its entirety without prejudice.

///

///

///

///

The Clerk of the Court will enter judgment accordingly.

DATED THIS 4th day of December 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE